[No. 2643-2. Division Two. March 27, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL M. WALDRON, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 4563, Gerald B. Chamberlin, J.,

entered November 1, 1976. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Petrie, J.